```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
LIBERTY PRE-SETTLEMENT FUNDING, LLC
633 S. Federal Highway, 1st Floor
Fourt Lauderdale, FL 33301,

                        Plaintiff,

        -against-

KISHON MCFARLANE
510 Riverdale Avenue, Apt. 2F
Brooklyn, NY 11207,

                        Defendant.
```

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _12/30/2024_

24 Civ. 9235 (AT)

**ORDER**

ANALISA TORRES, District Judge:

On December 3, 2024, Plaintiff filed this action in the U.S. District Court for the Southern District of New York. ECF No. 1. In its complaint, Plaintiff asserts that venue is proper "because Defendant resides in New York, and/or a substantial part of the events or omissions giving rise to the claims occurred in New York." *Id.* ¶ 14. However, Plaintiff alleges that Defendant resides in Brooklyn, *id.* ¶ 12, which is located in the Eastern District of New York, and does not allege any facts suggesting that the events giving rise to its claims occurred in the Southern District.

For venue to lie in a civil action, a plaintiff must generally bring suit in (1) "a judicial district in which any defendant resides, if all defendants are residents of the State in which the district is located," or (2) "a judicial district in which a substantial part of the events or omissions giving rise to the claim occurred, or a substantial part of property that is the subject of the action is situated." 28 U.S.C. § 1391(b)(1)–(2). Therefore, by order dated December 5, 2024, the Court directed Plaintiff to show cause by December 23, 2024, why this action should not be transferred. ECF No. 5. Plaintiff's submission is now overdue.

Accordingly, the Clerk of Court is respectfully directed to transfer this matter to the U.S. District Court for the Eastern District of New York and close the case.

SO ORDERED.

Dated: December 30, 2024
       New York, New York

*/s/ Analisa Torres*
ANALISA TORRES
United States District Judge